# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| MOHAMED MASAD, | Case No.: 1:15-cv-474-KJM-GSA |
| Plaintiff, | **ORDER TO SHOW WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER** |
| v. | |
| TRANS UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX, INC. | (Doc. 15) |
| Defendants. | |

On June 26, 2015, Plaintiff, Mohamed Masad ("Plaintiff"), and Defendant Equifax Inc., filed a stipulation of dismissal, dismissing Equifax from this action with prejudice. (Doc. 13). On July 7, 2015, this Court issued a minute order ordering that **no later than July 31, 2015**, Plaintiff shall either: (1) file notices of dismissal with regard to Trans Union and Experian Information Solutions, the remaining two defendants in this action, or (2) if Plaintiff intends to pursue this litigation, show proof of service that these two defendants had been served. (Doc.

-1-

15). Plaintiff was advised that failure to comply with this order would result in dismissal of this action. To date, Plaintiff has failed to comply with this order.

Accordingly, **no later than September 4, 2015**, Plaintiff shall file a written response to this Order to Show Cause why this case should not be dismissed for failing to prosecute this action. In the response, Plaintiff shall explain the reason for failing to comply with this Court's order. If Plaintiff wishes to provide the information initially requested by the Court, or request additional time to comply, he may do so in the response.

*Plaintiff is advised that failure to respond to this Order to Show Cause will result in dismissal of this action.*

IT IS SO ORDERED.

Dated:   **August 11, 2015**                           /s/ Gary S. Austin
                                                          UNITED STATES MAGISTRATE JUDGE